# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIGITAL NETWORK DEVELOPMENT LLC | § | Case No. 04-42285 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 04-42285 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | | Date Filed (f) or Converted (c): | 11/15/04 (f) |
| | | | | 341(a) Meeting Date: | 01/04/05 |
| For Period Ending: 07/10/12 | | | | Claims Bar Date: | 11/01/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cause of action v. insiders (u) | Unknown | 0.00 | | 530,089.34 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 330.49 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $530,419.83 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 12/30/12

         /s/    BRENDA PORTER HELMS, TRUSTEE
    _____  Date: 07/10/12
         BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-42285 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7514 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/08 | 1 | Ogden Realty Partners c/o Chicago Title & Trust Com 1725 S. Naperville Rd Wheaton IL 60187 | partial settlement of adversary | 1241-000 | 200,000.00 | | 200,000.00 |
| 05/29/08 | 000101 | Querrey & Harrow 175 W. Jackson Blvd #1600 Chicago IL 60604 | attorney fees | 3210-000 | | 80,000.00 | 120,000.00 |
| 05/29/08 | 000102 | Querrey & Harrow 175 W. Jackson Blvd Chicago IL 60604 | attorneys expenses | 3220-000 | | 10,045.86 | 109,954.14 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.04 | | 109,958.18 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.90 | | 109,972.08 |
| 07/01/08 | 1 | Converged Digital Networks LLC | installment payment on judgment | 1241-000 | 14,842.26 | | 124,814.34 |
| 07/07/08 | 000103 | Querrey & Harrow | ATTORNEY FEES | 3210-000 | | 5,792.90 | 119,021.44 |
| 07/07/08 | 000104 | Querrey & Harrow | ATTORNEYS FEES | 3210-000 | | 144.00 | 118,877.44 |
| 07/22/08 | 1 | Covnerged Digital Networks LLC | partial settlement | 1241-000 | 14,842.26 | | 133,719.70 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.51 | | 133,735.21 |
| 08/11/08 | 000105 | QUERREY & HARROW | ATTORNEYS FEES | 3210-000 | | 5,936.90 | 127,798.31 |
| 08/29/08 | 1 | Converged Digital Networks LLC | partial settlement of adversary | 1241-000 | 4,000.00 | | 131,798.31 |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 16.57 | | 131,814.88 |
| 09/08/08 | 1 | Converged Digital Networks LLC | 1241 | 1241-000 | 10,842.26 | | 142,657.14 |
| 09/08/08 | 000106 | Querrey & Harow | ATTORNEY FEES | 6210-000 | | 5,936.90 | 136,720.24 |
| 09/19/08 | 1 | Converged Digital Networks LLC | | 1241-000 | 7,422.00 | | 144,142.24 |
| 09/30/08 | 1 | Converged Digital Network LLC | partial settlement payment | 1241-000 | 7,420.26 | | 151,562.50 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.98 | | 151,578.48 |
| 10/01/08 | 000107 | Querrey & Harrow | ATTORNEY FEES | 3210-000 | | 5,936.90 | 145,641.58 |
| 10/22/08 | 1 | Converged Digital Networks LLC | partial settelemnt of adversary | 1241-000 | 7,422.00 | | 153,063.58 |
| 10/22/08 | 000108 | Querrey & Harrow | ATTORNEY FEES | 3210-000 | | 2,968.80 | 150,094.78 |

Page Subtotals 266,857.04 116,762.26

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 04-42285 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 14.14 | | 150,108.92 |
| 11/13/08 | 1 | Converged Digital Networks LLC | partial payment on adversary | 1241-000 | 7,420.26 | | 157,529.18 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.55 | | 157,541.73 |
| 12/02/08 | 1 | Converged Digital Network | partial settlement of adversary | 1241-000 | 7,422.00 | | 164,963.73 |
| 12/02/08 | 1 | Converged Digital Networks LLC<br>2051 Ogden Avenue<br>Downers Grove IL 60515 | partial settlement of adversary | 1241-000 | 7,420.26 | | 172,383.99 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 9.04 | | 172,393.03 |
| 01/06/09 | 1 | Converged Digital Network | partial payment of settlement | 1241-000 | 14,842.26 | | 187,235.29 |
| 01/16/09 | 000109 | Querrey & Harrow | ATTORNEY FEES | 3210-000 | | 14,841.91 | 172,393.38 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.98 | | 172,396.36 |
| 02/04/09 | 1 | Converged Digital Network | | 1249-000 | 14,842.26 | | 187,238.62 |
| 02/04/09 | 000110 | Querrey & Harrow | ATTORNEYS FEES | 3210-000 | | 5,936.90 | 181,301.72 |
| 02/06/09 | 000111 | International Sureties Ltd | trustee bond | 2300-000 | | 186.47 | 181,115.25 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.74 | | 181,117.99 |
| 03/03/09 | 1 | Converged Digital Newtwork | partial payment of settlement | 1241-000 | 14,842.26 | | 195,960.25 |
| 03/04/09 | 000112 | Querrey & Harrow | ATTORNEY FEES | 3210-000 | | 5,936.90 | 190,023.35 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.20 | | 190,026.55 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.81 | | 190,034.36 |
| 05/08/09 | 1 | Converged Digital Networks LLC | | 1241-000 | 14,842.26 | | 204,876.62 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.43 | | 204,885.05 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.42 | | 204,893.47 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 8.70 | | 204,902.17 |
| 08/25/09 | 000113 | Querrey & Harrow | attys fees 5/8/09 deposit from Weddle | 3210-000 | | 5,936.90 | 198,965.27 |
| 08/25/09 | 000114 | Querrey & Harrow | attys fees for 5/8/09 deposit | 3210-000 | | 8,905.00 | 190,060.27 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.60 | | 190,068.87 |
| 09/23/09 | 1 | Converged Digitial Network | partial settlement of adversary | 1241-000 | 14,842.26 | | 204,911.13 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.87 | | 204,919.00 |

Page Subtotals    96,568.30    41,744.08

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-42285 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7514 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/09 | 000115 | Querrey & Harrow Ltd | atorneys fees | 3210-000 | | 5,936.90 | 198,982.10 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.68 | | 198,990.78 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.18 | | 198,998.96 |
| 12/17/09 | 1 | Converged Digital Network | partial settlement of adversary | 1241-000 | 14,842.26 | | 213,841.22 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.63 | | 213,849.85 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.08 | | 213,858.93 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.20 | | 213,867.13 |
| 03/06/10 | 000116 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 181.55 | 213,685.58 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.08 | | 213,694.66 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.78 | | 213,703.44 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.07 | | 213,712.51 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.79 | | 213,721.30 |
| 07/12/10 | 000117 | Querrey & Harrow | ATTORNEYS FEES | 3210-000 | | 5,936.90 | 207,784.40 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.93 | | 207,793.33 |
| 08/31/10 | 1 | Converged Digital Network | partial payment on judgment | 1241-000 | 7,500.00 | | 215,293.33 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.83 | | 215,302.16 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.83 | | 215,310.99 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.13 | | 215,320.12 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.86 | | 215,328.98 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.14 | | 215,338.12 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.14 | | 215,347.26 |
| 02/15/11 | 000118 | Perscribo Reporting, Inc.<br>39 S. LaSalle St.  #624<br>Chicago IL 60603 | Weddle deposition fee | 2200-000 | | 162.50 | 215,184.76 |
| 02/19/11 | 000119 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 163.68 | 215,021.08 |

Page Subtotals   22,483.61   12,381.53

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-42285 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7514 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.65 | | 215,022.73 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 215,024.56 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.76 | | 215,026.32 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.84 | | 215,028.16 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.77 | | 215,029.93 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.82 | | 215,031.75 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 215,033.58 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.77 | | 215,035.35 |
| 10/18/11 | 1 | Converged Digitial Network | partial settlement | 1141-000 | 1,500.00 | | 216,535.35 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 216,537.18 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 274.44 | 216,262.74 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.78 | | 216,264.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.63 | 215,997.89 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 215,999.72 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.30 | 215,733.42 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.84 | | 215,735.26 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 282.93 | 215,452.33 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.71 | | 215,454.04 |
| 02/29/12 | 000120 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 285.11 | 215,168.93 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 256.07 | 214,912.86 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.81 | | 214,914.67 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 264.30 | 214,650.37 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.77 | | 214,652.14 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 272.71 | 214,379.43 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.82 | | 214,381.25 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 272.37 | 214,108.88 |
| 06/04/12 | 1 | Chicago Title & Trust Company | collection on judgment | 1141-000 | 142,982.22 | | 357,091.10 |

Page Subtotals  144,510.88   2,440.86

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-42285 -SQU |
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC |
| Taxpayer ID No: | *******1587 |
| For Period Ending: | 07/10/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 530,419.83 | 173,328.73 | 357,091.10 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 530,419.83 | 173,328.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 530,419.83 | 173,328.73 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******7514 | 530,419.83 | 173,328.73 | 357,091.10 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 530,419.83 | 173,328.73 | 357,091.10 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 07/10/12
BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-42285
Case Name: DIGITAL NETWORK DEVELOPMENT LLC
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

  Balance on hand                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Dept. of Treasury | $ | $ | $ | $ |

  Total to be paid to secured creditors          $_____

  Remaining Balance              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Querry & Harrow | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses     $_____

  Remaining Balance              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Lowis & Gellen | $ | $ | $ |
| 000003 | Gregory Laka & Company | $ | $ | $ |
| 000004 | Savin Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Revenue | $ | $ | $ |
| 6B | Dept of Treasury | $ | $ | $ |

      Total to be paid to subordinated unsecured creditors      $_____

      Remaining Balance      $_____