# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIGITAL NETWORK DEVELOPMENT LLC | § | Case No. 04-42285 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/14/2012 in Courtroom 4016,

DuPage County Courthouse
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/09/2012        By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIGITAL NETWORK DEVELOPMENT LLC | § | Case No. 04-42285 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 530,419.83 |
| and approved disbursements of | $ | 173,328.73 |
| leaving a balance on hand of[1] | $ | 357,091.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Dept. of Treasury | $ 31,217.87 | $ 31,217.87 | $ 0.00 | $ 31,217.87 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 31,217.87 |
| Remaining Balance | $ | 325,873.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 29,770.99 | $ 0.00 | $ 29,770.99 |
| Attorney for Trustee Fees: Querry & Harrow | $ 212,035.73 | $ 160,147.81 | $ 51,887.92 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,763.90 | $ 0.00 | $ 1,763.90 |
| Other: International Sureties | $ 448.79 | $ 448.79 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | $ | | 83,422.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance                    $            242,450.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 221,038.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $            221,038.55 | $            0.00 | $            221,038.55 |

Total to be paid to priority creditors          $            221,038.55

Remaining Balance                    $            21,411.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,875.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  17.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Lowis & Gellen | $            8,555.71 | $            0.00 | $            1,478.85 |
| 000003 | Gregory Laka & Company | $            113,400.00 | $            0.00 | $            19,601.15 |
| 000004 | Savin Corporation | $            1,920.00 | $            0.00 | $            331.87 |

Total to be paid to timely general unsecured creditors          $            21,411.87

Remaining Balance                    $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 119,274.83  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Revenue | $          98,727.79 | $          0.00 | $          0.00 |
| 6B | Dept of Treasury | $          20,547.04 | $          0.00 | $          0.00 |

Total to be paid to subordinated unsecured creditors                    $_____0.00

Remaining Balance                    $_____0.00

Prepared By: /s/Brenda Porter Helms_____
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 04-42285-DRC
Digital Network Development LLC                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: lhuley           Page 1 of 2            Date Rcvd: Aug 10, 2012
                               Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
db         +Digital Network Development LLC,    2051 Ogden Avenue,    Downers Grove, IL 60515-2679
8691884    +Gregory Laka,    c/o Querrey & Harrow,    175 W. Jackson,    Chicago, IL 60604-2615
10434173   +Gregory Laka & Company,    c/o Querrey & Harrow, Ltd.,    175 W. Jackson Blvd.,    Suite 1600,
             Chicago, Illinois 60604-2827
8691885    +Hotjobs.Com,    406 W. 31st Stree,    8th Floor,    New York, NY 10001-4611
9677458    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
             100 W. Randolph St., #7-400,    Chicago, IL 60601)
8691886     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11712975   +Joseph Weddle,    C/o Converged Digital Network,    2051 Ogden Avenue,
             Downers Grove, Illinois 60515-2677
8691888    +Lowis & Gellen,    200 W. Adams Street #1900,    Chicago, IL 60606-5229
8691887    +Lowis & Gellen,    Attention: Gearld Haberkorn,    200 W. Adams,    Suite 1900,
             Chicago, IL 60606-5229
8691889    +Paul Mallin,    c/o Dan Walker Jr.,    211 W. Chicago Ave, # 118,    Hinsdale, IL 60521-3357
10465164   +Paul Mallin,    5228 S Walnut  Ave Apt 1B,    Downers Grove, IL 60515
8691890    +Savin Corporation,    P.O. Box 73213,    Chicago, IL 60673-7213
8691891    +U.S. Office Products,    100 N. Gary Avenue,    Roselle, IL 60172-1687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8691883     E-mail/Text: cio.bncmail@irs.gov Aug 11 2012 00:16:04     Dept. of Treasury,
             Internal Revenue Service,    230 S. Dearborn,    Chicago, IL 60604
                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8691882    ##Accountemps,    P.O. Box 6248,    Carol Stream, IL 60197-6248
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2012                          Signature:   _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley           Page 2 of 2           Date Rcvd: Aug 10, 2012
                             Form ID: pdf006         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
          Beverly A Berneman    on behalf of Attorney  Querrey & Harrow, Ltd. baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
          Brenda Porter Helms     brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Christopher J Harney    on behalf of Plaintiff  Brenda Porter Helms, not individually but as
           Trustee of the estate of DIGITAL NETWORK DEVELOPMENT, LLC charney@seyfarth.com,
           ctholen@seyfarth.com;chidocket@seyfarth.com
          Eileen M Sethna    on behalf of Plaintiff  Brenda Porter Helms, not individually but as Trustee of
           the estate of DIGITAL NETWORK DEVELOPMENT, LLC esethna@chuhak.com,  rsaldivar@chuhak.com
          Faith  Dolgin    on behalf of Creditor  Illinois Department Of Revenue faith.dolgin@illinois.gov
          Karen Lynne Baker    on behalf of Creditor  United States Of America Internal Revenue Service
           karen.l.baker@irscounsel.treas.gov
          Mitchell Elliot Jones    on behalf of Debtor  Digital Network Development LLC mej@joneslaw.org
          Nazia J. Hasan    on behalf of Defendant  Matthew Weddle, individually and d/b/a CONVERGED DIGITAL
           NETWORKS and d/b/a OGDEN REALTY PARTNERS, dissolved limited liability companies nhasan@bnrpc.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Steven L. Lezell    on behalf of Defendant  Matthew Weddle, individually and d/b/a CONVERGED
           DIGITAL NETWORKS and d/b/a OGDEN REALTY PARTNERS, dissolved limited liability companies
           slezell@gmail.com
          Terence M Fenelon    on behalf of Debtor  Digital Network Development LLC tmf523@comcast.net
                                                                                         TOTAL: 12