UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                                  §
                                                        §
DIGITAL NETWORK DEVELOPMENT    §          Case No. 04-42285
LLC
                                                        §
              Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BRENDA PORTER HELMS, TRUSTEE _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | DEPT. OF TREASURY |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| PERSCRIBO REPORTING, INC. | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| QUERRY & HARROW | | | | | |
| QUERREY & HARROW | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Treasury | | | | | |
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accountemps | | | | | |
| | Hotjobs.com | | | | | |
| | Lowis & Gellen | | | | | |
| | Paul Mallin | | | | | |
| | US Office Products | | | | | |
| 000003 | GREGORY LAKA & COMPANY | | | | | |
| 000005 | JOSEPH WEDDLE | | | | | |
| 000002 | LOWIS & GELLEN | | | | | |
| 000004 | SAVIN CORPORATION | | | | | |
| 6B | DEPT OF TREASURY | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 04-42285  Judge: DONALD R. CASSLING  Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Case Name: DIGITAL NETWORK DEVELOPMENT LLC  Date Filed (f) or Converted (c): 11/15/04 (f)
  341(a) Meeting Date: 01/04/05
For Period Ending: 03/04/13  Claims Bar Date: 11/01/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cause of action v. insiders (u) | Unknown | 0.00 | | 530,089.34 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 330.49 | Unknown |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $530,419.83 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final distribution checks issued 9/17/12. Trustee waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 12/30/12

LFORM1  Ver: 17.01

UST Form 101-7-TDR (5/1/2011) (Page: 7)

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-42285 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1129 Checking - Non Interest |
| Taxpayer ID No: | *******1587 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 357,091.10 | 357,091.10 |
| 09/17/12 | 010001 | Brenda Porter Helms | | | | 29,770.99 | | | 327,320.11 |
| 09/17/12 | 010002 | Querry & Harrow | | | | 51,887.92 | | | 275,432.19 |
| 09/17/12 | 010003 | Alan D. Lasko & Associates P.C. | | | | 1,763.90 | | | 273,668.29 |
| 09/17/12 | 010004 | Dept. of Treasury  Internal Revenue Service  230 S. Dearborn  Chicago, IL 60604 | | | | 31,217.87 | | | 242,450.42 |
| 09/17/12 | 010005 | Illinois Department of Revenue  Bankruptcy Unit  100 W. Randolph St., #7-400  Chicago, IL 60601 | | | | 221,038.55 | | | 21,411.87 |
| 09/17/12 | 010006 | Lowis & Gellen  Attention: Gearld Haberkorn  200 W. Adams  Suite 1900  Chicago, IL 60606 | | | | 1,478.85 | | | 19,933.02 |
| 09/17/12 | 010007 | Gregory Laka & Company  c/o Querrey & Harrow, Ltd.  175 W. Jackson Blvd.  Suite 1600  Chicago, Illinois 60604 | | | | 19,601.15 | | | 331.87 |
| * 09/17/12 | 010008 | Savin Corporation  P.O. Box 73213  Chicago, IL 60673 | | | | 331.87 | | | 0.00 |
| 12/20/12 | 010009 | Clerk, United States Bankruptcy Court | unclaimed funds - Savin Corp | | | 331.87 | | | -331.87 |
| * 03/04/13 | 010008 | Savin Corporation  P.O. Box 73213  Chicago, IL 60673 | Stop Pay for Savin check not cashed  Check stopped-unclaimed funds turned over to Clerk 12/20/12 | | | -331.87 | | | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 04-42285 -CAS |
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC |
| Taxpayer ID No: | *******1587 |
| For Period Ending: | 03/04/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1129  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Account *******1129 | Balance Forward | 0.00 | |
| 0 Deposits | | 0.00 | |
| 0 Interest Postings | | 0.00 | |
| | Subtotal | $ 0.00 | |
| 0 Adjustments In | | 0.00 | |
| 1 Transfers In | | 357,091.10 | |
| | Total | $ 357,091.10 | |

| | | |
|---|---|---|
| 10 Checks | 357,091.10 | |
| 0 Adjustments Out | 0.00 | |
| 0 Transfers Out | 0.00 | |
| Total | $ 357,091.10 | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.01

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-42285 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/20/08 | | Ogden Realty Partners c/o Chicago Title & Trust Com 1725 S. Naperville Rd Wheaton IL 60187 | partial settlement of adversary | 200,000.00 | | | | | 200,000.00 |
| 05/20/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $200,000.00 | | | | | | 200,000.00 |
| 05/29/08 | 000101 | Querrey & Harrow 175 W. Jackson Blvd  #1600 Chicago IL 60604 | attorney fees | | | 80,000.00 | | | 120,000.00 |
| 05/29/08 | 000102 | Querrey & Harrow 175 W. Jackson Blvd Chicago IL 60604 | attorneys expenses | | | 10,045.86 | | | 109,954.14 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 4.04 | | | | 109,958.18 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 13.90 | | | | 109,972.08 |
| 07/01/08 | | Converged Digital Networks LLC | installment payment on judgment | 14,842.26 | | | | | 124,814.34 |
| 07/01/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $14,842.26 | | | | | | 124,814.34 |
| 07/07/08 | 000103 | Querrey & Harrow | ATTORNEY FEES | | | 5,792.90 | | | 119,021.44 |
| 07/07/08 | 000104 | Querrey & Harrow | ATTORNEYS FEES | | | 144.00 | | | 118,877.44 |
| 07/22/08 | | Covnerged Digital Networks LLC | partial settlement | 14,842.26 | | | | | 133,719.70 |
| 07/22/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $14,842.26 | | | | | | 133,719.70 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 15.51 | | | | 133,735.21 |
| 08/11/08 | 000105 | QUERREY & HARROW | ATTORNEYS FEES | | | 5,936.90 | | | 127,798.31 |
| 08/29/08 | | Converged Digital Networks LLC | partial settlement of adversary | 4,000.00 | | | | | 131,798.31 |
| 08/29/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $4,000.00 | | | | | | 131,798.31 |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 16.57 | | | | 131,814.88 |
| 09/08/08 | | Converged Digital Networks LLC | 1241 | 10,842.26 | | | | | 142,657.14 |
| 09/08/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $10,842.26 | | | | | | 142,657.14 |
| 09/08/08 | 000106 | Querrey & Harow | ATTORNEY FEES | | | 5,936.90 | | | 136,720.24 |
| 09/19/08 | | Converged Digital Networks LLC | | 7,422.00 | | | | | 144,142.24 |
| 09/19/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,422.00 | | | | | | 144,142.24 |
| 09/30/08 | | Converged Digital Network LLC | partial settlement payment | 7,420.26 | | | | | 151,562.50 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-42285 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/30/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,420.26 | | | | | | 151,562.50 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | | 15.98 | | | | 151,578.48 |
| 10/01/08 | 000107 | Querrey & Harrow | ATTORNEY FEES | | | 5,936.90 | | | 145,641.58 |
| 10/22/08 | | Converged Digital Networks LLC | partial settelemnt of adversary | 7,422.00 | | | | | 153,063.58 |
| 10/22/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,422.00 | | | | | | 153,063.58 |
| 10/22/08 | 000108 | Querrey & Harrow | ATTORNEY FEES | | | 2,968.80 | | | 150,094.78 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 14.14 | | | | 150,108.92 |
| 11/13/08 | | Converged Digital Networks LLC | partial payment on adversary | 7,420.26 | | | | | 157,529.18 |
| 11/13/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,420.26 | | | | | | 157,529.18 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | | 12.55 | | | | 157,541.73 |
| 12/02/08 | | Converged Digital Network | partial settlement of adversary | 7,422.00 | | | | | 164,963.73 |
| 12/02/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,422.00 | | | | | | 164,963.73 |
| 12/02/08 | | Converged Digital Networks LLC 2051 Ogden Avenue Downers Grove IL 60515 | partial settlement of adversary | 7,420.26 | | | | | 172,383.99 |
| 12/02/08 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,420.26 | | | | | | 172,383.99 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 9.04 | | | | 172,393.03 |
| 01/06/09 | | Converged Digital Network | partial payment of settlement | 14,842.26 | | | | | 187,235.29 |
| 01/06/09 | 1 | Asset Sales Memo: | Cause of action v. insiders  $14,842.26 | | | | | | 187,235.29 |
| 01/16/09 | 000109 | Querrey & Harrow | ATTORNEY FEES | | | 14,841.91 | | | 172,393.38 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 2.98 | | | | 172,396.36 |
| 02/04/09 | | Converged Digital Network | | 14,842.26 | | | | | 187,238.62 |
| 02/04/09 | 1 | Asset Sales Memo: | Cause of action v. insiders  $14,842.26 | | | | | | 187,238.62 |
| 02/04/09 | 000110 | Querrey & Harrow | ATTORNEYS FEES | | | 5,936.90 | | | 181,301.72 |
| 02/06/09 | 000111 | International Sureties Ltd | trustee bond | | | 186.47 | | | 181,115.25 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 2.74 | | | | 181,117.99 |
| 03/03/09 | | Converged Digital Newtwork | partial payment of settlement | 14,842.26 | | | | | 195,960.25 |
| 03/03/09 | 1 | Asset Sales Memo: | Cause of action v. insiders  $14,842.26 | | | | | | 195,960.25 |
| 03/04/09 | 000112 | Querrey & Harrow | ATTORNEY FEES | | | 5,936.90 | | | 190,023.35 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 3.20 | | | | 190,026.55 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-42285 -CAS |
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC |
| Taxpayer ID No: | *******1587 |
| For Period Ending: | 03/04/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7514 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 7.81 | | | | 190,034.36 |
| 05/08/09 | | Converged Digital Networks LLC | | 14,842.26 | | | | | 204,876.62 |
| 05/08/09 | 1 | Asset Sales Memo: | Cause of action v. insiders $14,842.26 | | | | | | 204,876.62 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.43 | | | | 204,885.05 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.42 | | | | 204,893.47 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 8.70 | | | | 204,902.17 |
| 08/25/09 | 000113 | Querrey & Harrow | attys fees 5/8/09 deposit from Weddle | | | 5,936.90 | | | 198,965.27 |
| 08/25/09 | 000114 | Querrey & Harrow | attys fees for 5/8/09 deposit | | | 8,905.00 | | | 190,060.27 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.60 | | | | 190,068.87 |
| 09/23/09 | | Converged Digitial Network | partial settlement of adversary | 14,842.26 | | | | | 204,911.13 |
| 09/23/09 | 1 | Asset Sales Memo: | Cause of action v. insiders $14,842.26 | | | | | | 204,911.13 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 7.87 | | | | 204,919.00 |
| 10/23/09 | 000115 | Querrey & Harrow Ltd | atorneys fees | | | 5,936.90 | | | 198,982.10 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.68 | | | | 198,990.78 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.18 | | | | 198,998.96 |
| 12/17/09 | | Converged Digital Network | partial settlement of adversary | 14,842.26 | | | | | 213,841.22 |
| 12/17/09 | 1 | Asset Sales Memo: | Cause of action v. insiders $14,842.26 | | | | | | 213,841.22 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.63 | | | | 213,849.85 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 9.08 | | | | 213,858.93 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.20 | | | | 213,867.13 |
| 03/06/10 | 000116 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 181.55 | | | 213,685.58 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 9.08 | | | | 213,694.66 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.78 | | | | 213,703.44 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 9.07 | | | | 213,712.51 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.79 | | | | 213,721.30 |
| 07/12/10 | 000117 | Querrey & Harrow | ATTORNEYS FEES | | | 5,936.90 | | | 207,784.40 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 8.93 | | | | 207,793.33 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 04-42285 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/31/10 | | Converged Digital Network | partial payment on judgment | 7,500.00 | | | | | 215,293.33 |
| 08/31/10 | 1 | Asset Sales Memo: | Cause of action v. insiders  $7,500.00 | | | | | | 215,293.33 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 8.83 | | | | 215,302.16 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 8.83 | | | | 215,310.99 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 9.13 | | | | 215,320.12 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 8.86 | | | | 215,328.98 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 9.14 | | | | 215,338.12 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 9.14 | | | | 215,347.26 |
| 02/15/11 | 000118 | Perscribo Reporting, Inc. 39 S. LaSalle St.  #624 Chicago IL 60603 | Weddle deposition fee | | | 162.50 | | | 215,184.76 |
| 02/19/11 | 000119 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 163.68 | | | 215,021.08 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.65 | | | | 215,022.73 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.83 | | | | 215,024.56 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.76 | | | | 215,026.32 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.84 | | | | 215,028.16 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.77 | | | | 215,029.93 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.82 | | | | 215,031.75 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.83 | | | | 215,033.58 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.77 | | | | 215,035.35 |
| 10/18/11 | | Converged Digitial Network | partial settlement | 1,500.00 | | | | | 216,535.35 |
| 10/18/11 | 1 | Asset Sales Memo: | Cause of action v. insiders  $1,500.00 | | | | | | 216,535.35 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.83 | | | | 216,537.18 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -274.44 | | 216,262.74 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.78 | | | | 216,264.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -266.63 | | 215,997.89 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.83 | | | | 215,999.72 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -266.30 | | 215,733.42 |

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-42285 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7514 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.84 | | | | 215,735.26 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -282.93 | | 215,452.33 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.71 | | | | 215,454.04 |
| 02/29/12 | 000120 | Intrenational Sureties Ltd. | Trustee bond | | | 285.11 | | | 215,168.93 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -256.07 | | 214,912.86 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.81 | | | | 214,914.67 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -264.30 | | 214,650.37 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.77 | | | | 214,652.14 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -272.71 | | 214,379.43 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1.82 | | | | 214,381.25 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -272.37 | | 214,108.88 |
| 06/04/12 | | Chicago Title & Trust Company | collection on judgment | 142,982.22 | | | | | 357,091.10 |
| 06/04/12 | 1 | Asset Sales Memo: | Cause of action v. insiders $142,982.22 | | | | | | 357,091.10 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -357,091.10 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******7514 | | Balance Forward | 0.00 | | | |
| | 20 | Deposits | 530,089.34 | 20 | Checks | 171,172.98 |
| | 49 | Interest Postings | 330.49 | 8 | Adjustments Out | 2,155.75 |
| | | | | 1 | Transfers Out | 357,091.10 |
| | | Subtotal | $ 530,419.83 | | | |
| | | | | | Total | $ 530,419.83 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 530,419.83 | | | |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.01

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-42285 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DIGITAL NETWORK DEVELOPMENT LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7514  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1587 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | | 20 | Deposits | 530,089.34 | | 30 Checks | 528,264.08 | | |
|  | | 49 | Interest Postings | 330.49 | | 8 Adjustments Out | 2,155.75 | | |
|  | | | | | | 1 Transfers Out | 357,091.10 | | |
|  | | | Subtotal | $ 530,419.83 | | Total | $ 887,510.93 | | |
|  | | 0 | Adjustments In | 0.00 | | | | | |
|  | | 1 | Transfers In | 357,091.10 | | | | | |
|  | | | Total | $ 887,510.93 | | Net Total Balance | $ 0.00 | | |

Trustee's Signature: /s/  BRENDA PORTER HELMS, TRUSTEE  Date: 03/04/13
BRENDA PORTER HELMS, TRUSTEE